| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 4:22CR00113-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 2:24-cr-00237-GMN-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Fermin Edualdo James Nunez | UTAH | SOUTHERN |
| | NAME OF SENTENCING JUDGE | |
| | David Nuffer, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/27/2024 — TO 09/26/2027 |

FILED / RECEIVED / ENTERED / SERVED ON
OCT 15 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**OFFENSE**
Count 1: Felon in Possession of Firearms and Ammunition

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Since Nunez is now a resident of Nevada and intends on remaining here for the duration of his supervision, we request that you initiate transfer of jurisdiction so that we may efficiently address any potential future violations with our court.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  NEVADA  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

10/09/2024
Date

_[signed] David Nuffer_
United States District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 18, 2024
Effective Date

_[signed]_
United States District Judge

1